S99H0656. COLTON v. MORGAN.
(514 SE2d 822)

ORDER OF COURT.

Upon consideration of the Application for Certificate of Probable Cause to appeal the denial of habeas corpus, it is ordered that it be hereby denied.

*All the Justices concur, except Carley, Thompson and Hines, JJ., who dissent.*

CARLEY, Justice, dissenting.

I dissent from the denial of this habeas corpus matter on the merits because petitioner did not "file a written application for a cer-

tificate of probable cause to appeal with the clerk of the Supreme Court within 30 days from the entry of the order denying him relief," as required by OCGA § 9-14-52 (b). Accordingly, I would dismiss.

I am authorized to state that Justice Thompson and Justice Hines join in this dissent.

DECIDED FEBRUARY 26, 1999 —
RECONSIDERATION DENIED APRIL 9, 1999.

Jason R. Colton, *pro se*.
*Rowe & Lawler, William P. Rowe*, for appellee.